IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL LEE HAMMOND, JR., #2358499 | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:21cv344 |
| COLLIN CNTY. DET. FACILITY, ET AL. | § § § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report") (Dkt. #71), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 21, 2023, the Magistrate Judge entered the Report, containing proposed findings of fact and recommendations that Plaintiff's claims against the Collin County Detention Facility be dismissed with prejudice under 28 U.S.C. §§ 1915A and 1915(e). Plaintiff filed objections. (Dkt. #77).

In the objections, Plaintiff provides no basis for his objections; he simply states he objects to the Report. Thus, the objections are without merit. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for Plaintiff's claims against the Collin County Detention Facility, has been presented for consideration. Having made a *de novo* review of the objections raised by Plaintiff to the Report, the Court concludes that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's claims against the Collin County Detention Facility are **DISMISSED** with prejudice.

**SIGNED this 19th day of March, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE